IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY WHEELER
    :
    :      CIVIL ACTION
    :
    :

v.
    :
    :      NO.   25-2860

WIDENER UNIVERSITY
    :

## ORDER

AND NOW, this 4th day of February, 2026, upon consideration of Defendant's Motion for Judgment on the Pleadings (Dkt. #24) and Plaintiff's Opposition thereto (Dkt. #27), it is hereby ORDERED that the Motion is GRANTED, IN PART. Counts I, II, III, and IV are DISMISSED, without prejudice. Counts V and VI are DISMISSED without prejudice, to the extent they allege a failure to accommodate, but survive in all other respects. The Motion is DENIED as to all other counts.

It IS FURTHER ORDERED, that case management deadlines in this case are reset as follows:

1. All factual discovery shall be completed by **June 5, 2026;**

2. The Court will modify this scheduling order to accommodate expert report deadlines provided the parties notify Chambers no later than **May 1, 2026** regarding either party's intent to present an affirmative expert report and the basis for this report.

3. Dispositive motions are due no later than **July 2, 2026;**

4. Responses to dispositive motions are due no later than **August 3, 2026;**

5. As needed, a Pretrial Conference shall be scheduled after a ruling on dispositive motions to provide a date-certain trial date and related deadlines.

6. Parties shall notify Chambers if a settlement conference with Magistrate Judge Sitarski or a referral to a court annexed mediator is requested.

BY THE COURT:

_____

GAIL A. WEILHEIMER        J.